November 14, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE INTEREST OF J.S.A.-S., A CHILD

NO. 14-13-00946-CV

_____

Today the Court heard its own motion to dismiss the appeal from the order terminating parental rights signed by the court below on July 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, A.A.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.